UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Groesbeck, Dorothy

Case No.:  19-10148-KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on May 7, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
16 Kelsey Farm Road
Milford, NJ

Valued at: $650,000.00

Liens on property:

Bank of NY
$699,059.00

Bank of America
$150,000.00

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin, Trustee

Address:  McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-10148-KCF
Dorothy Groesbeck                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Apr 05, 2019
                              Form ID: pdf905        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
```
db           #+Dorothy Groesbeck,    16 Kelsey Farm Road,    Milford, NJ 08848-2164
517951933     American Express Optima,    PO Box 1270,    Newark, NJ 07101-1270
517951935    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886)
517951934    +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
517951937    +Bank of New York Mellon,    PO Box 6172,    Rapid City, SD 57709-6172
517951938    +Chase- Slate,    PO Box 15123,    Wilmington, DE 19850-5123
517951939     Firstbank,    Gulf,    PO Box 2557,    Omaha, NE 68103-2557
517951940    +Hunterdon County Sheriff,    Main Street County Complex,    71 Main Strret, Bldg. 1, 1st Floor,
               PO Box 2900,    Flemington, NJ 08822-2900
517951941     IRS,    PO Box 71084,    Charlotte, NC 28272-1084
517951942    +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 23:34:34      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 23:34:30      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                             TOTAL: 2
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517951936*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 15025,    Wilmington, DE 19886-5025)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
```
          Andrea Dobin    ecftrusteead@msbnj.com,    NJ55@ecfcbis.com
          Andrew I. Radmin    on behalf of Debtor Dorothy  Groesbeck andyradz@aol.com,
           andyradz@aol.com;r39798@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2004-J6) kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```